FILED

08/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

FILED

AUG 03 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF MARK BAUER FOR
REINSTATEMENT TO ACTIVE STATUS IN THE
BAR OF MONTANA

ORDER

Mark Bauer has petitioned the Court for reinstatement to active status in the State Bar of Montana. Bauer was placed on inactive status on July 12, 2021, for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2021. Bauer has provided a letter from the State Bar certifying that Bauer has now completed all CLE requirements for that reporting year, in accordance with Rule 13 of the CLE Rules. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Mark Bauer for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Bauer shall be reinstated.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 3rd day of August, 2021.

Chief Justice

_____

_____

Justices